UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Angela Butera

          Plaintiff(s),

v.

Metropolitan Life Insurance Company, Bank of America Corporation

          Defendant(s).

CASE NO. 5:06-cv-02567-JW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

*Judge James Ware*

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [x] Private ADR *(please identify process and provider)* Private Mediation

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline December 31, 2006

Dated: 9/17/06
Attorney for Plaintiff
Angela Butera

Dated: 9/13/06
Attorney for Defendant
Metropolitan Life Insurance Company

Dated: 9/12/06
Attorney for Defendant
Bank of America Corporation