IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angela Butera, | NO. C 06-02567 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Metropolitan Life Insurance Co., et al., | |
| Defendants. | |

On October 2, 2006, the Court conducted a case management conference. The Court orders the following:

1. The parties are free to conduct discovery in accordance with the local rules and the Federal Rules of Civil Procedure.

2. A hearing on a motion to dismiss for failure to exhaust administrative remedies is specially set for **February 5, 2007 at 9:00 a.m.** The parties shall brief this matter in accordance with the local rules.

3. A further case management conference is set for **February 5, 2007 at 10:00 a.m.** The parties shall file an updated joint case management statement in accordance with the local rules.

Dated: October 2, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Greg J Richardson grichardson@hewm.com
Mary F. Riley invalidaddress@invalidaddress.com
Rebecca A. Hull rebecca.hull@sdma.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: October 2, 2006**                                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers
        Elizabeth Garcia
        Courtroom Deputy**