IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Angela Butera, | NO. C 06-02567 JW |
| Plaintiff,<br>v. | **ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |
| Metropolitan Life Insurance Co., et al., | |
| Defendants. | |
| _____/ | |

The Court found Defendants' Metlife and Bank of America Motions to Dismiss appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for February 5, 2007 is **VACATED**. The Court also VACATES the case management conference. The Court will set a new conference in its Order regarding the motions.

Dated: February 1, 2007

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Greg J. Richardson grichardson@hewm.com
Mary F. Riley invalidaddress@invalidaddress.com
3  Rebecca A. Hull rebecca.hull@sdma.com
Sarah Elizabeth Armstrong sarmstrong@hewm.com
4  Stanley G. Hilton FROG727@AOL.COM

6  **Dated: February 1, 2007**                               **Richard W. Wieking, Clerk**

                                                             **By:   /s/ JW Chambers          **
8                                                                   **Elizabeth Garcia**
                                                                    **Courtroom Deputy**