1  LAW OFFICES OF STANLEY G. HILTON
   Stanley G. Hilton, SBN #65990
2  580 CALIFORNIA ST., ROOM 500
   SAN FRANCISCO, CA 94104
3  Telephone: (415) 786-4821
   Fax: (415) 439 4963
4  E MAIL LOUCASLOUKAS@YAHOO.COM

5  Attorney for Plaintiff
   BUTERA
6
                                                                    DENIED
                                                                    Judge James Ware
                                                                    6/8/2007
7
                      UNITED STATES DISTRICT COURT
8
             NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

10
   ANGELINA BUTERA,                )   No. O6 CV -02567-JW
11                                 )
              Plaintiffs,          )   STIPULATION AND ORDER TO
12                                 )   CONTINUE CMC
         vs.                       )
13                                 )
   MET LIFE ET AL                  )
14                                 )
              Defendants.          )
15                                 )
   _____ )
16                                 )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21                                 )
                                   )
22

23      WHEREAS PLAINTIFF'S COUNSEL HAS A SCHEDULE CONFLICT AT 10 AM ON

24 JUNE 11, 2007 (HE MUST BE PRESENT AT SUPERIOR COURT, SANTA CLARA

25 COUNTY, ON AN OSC IN <u>ESTATE OF CHAPIN</u>), AND WHEREAS THE PARTIES AGREE,

26 IT IS HEREBY STIPULATED THAT THE CASE MANAGEMENT CONFERENCE SHALL

27 BE CONTINUED FROM JUNE 11 2007 TO JULY 30 2007 AT 10 AM.

28 SO STIPULATED

DATER 6 7 07

1  _____/S/_____

2  STANLEY G HILTON,. ATTY FOR PLAINTIFF

3

4  _____/S/_____

5  MICHAEL WESTHEIMER

6  ATTY FOR DEFENDANT MET LIFE

7

**ORDER:**

8  The Court denies the parties' Stipulation to continue the scheduled Case Management Conference
9  for 6/11/2007 as the request comes on the eve of the scheduled Conference.   The parties shall
   appear or have alternative counsel appear on their behalf for the scheduled Case Management
10 Conference at 10:00 AM, Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

11 DATE _____June 8 2007_____

12

13 _____

14 JUDGE

1  I. JUSTICE DELAYED IS JUSTICE DENIED. PLAINTIFFS HAVE FILED THEIR CASE IN
2  2005, SOON TO BE 2 YEARS AGO, AND HAVE NOT BEEN GIVEN ANY OPPORTUNITY
3  FOR DISCOVERY BECAUSE DEFENDANT HAVE BEEN SITTING ON THEIR RULE 12
4  MOTION TO DISMISS.
5      A.    <u>PLAINTIFFS HAVE BEEN KICKED OUT OF THEIR COLORADO HOMES
6          VIA FORECLOSURE, AS A DIRECT RESULT OF DEFENDANTS' RUINING
7          THEIR CREDIT, WHICH IS THE SUBJECT OF THIS SUIT,  AND HAVE
8          BEEN GIVEN (BY COLORADO LAW)</u>
9  UNTIL JULY 2007 TO ASSERT THEIR "RIGHT OF REDEMPTION" TO
10 PREVENT FORECLOSURE SALE OF THE HOME.
11
12 THEY NEED TO WIN THIS CASE TO SAVE THEIR HOME.
13
14 THE CMC SHOULD PROCEED MARCH 26, THERE IS NO BASIS FOR
15 FURTHER CUNCTATION.
16
17
18 DATED: March 15, 2007    Law Offices of Stanley Hilton
19
20                         By   **Stanley G Hilton**
21                             **Stanley G. Hilton**
                            **Attorney for Plaintiff**
22
23
24
25
26
27
28