| | |
|---|---|
| 1 | LAW OFFICES OF STANLEY G. HILTON |
| 2 | STANLEY G. HILTON  Bar No. 65990<br>2570 North First Street, Suite 200 |
| 3 | San Jose, California 95131<br>Telephone: (415) 786-4821 |
| 4 | Facsimile: (415) 276-2388 |
| 5 | Attorneys for Plaintiff Angela Butera |
| 6 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | REBECCA A. HULL  Bar No. 99802<br>MICHAEL N. WESTHEIMER Bar No. 178938 |
| 8 | One Market Plaza<br>Steuart Tower, 8th Floor |
| 9 | San Francisco, California 94105<br>Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635<br>Email: rebecca.hull@sdma.com |
| 11 | Email: michael.westheimer@sdma.com |
| 12 | Attorneys for Defendant Metropolitan Life Insurance Company |
| 13 | HELLER EHRMAN LLP |
| 14 | PATRICIA K. GILLETTE  Bar No. 74461<br>333 Bush Street |
| 15 | San Francisco, California 94104<br>Telephone: (415) 772-6000 |
| 16 | Facsimile: (415) 772-6268<br>Email: patricia.gillette@hellerehrman.com |
| 17 | Email: megan.borovicka@hellerehrman.com |
| 18 | Attorneys for Defendant Bank of America Corporation |

GRANTED

*[signature]* Judge James Ware

9/17/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA BUTERA,<br><br>   Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, BANK OF AMERICA CORPORATION, and DOES 1 through 20,<br><br>   Defendants. | CASE NO. C 06-02567 JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P. 41(A)(1)] |

SF/1381754v1

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between the parties to this action, through their
2  respective counsel of record, that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party
4  shall bear her or its own costs and attorneys' fees.

5  DATED: September __, 2007         LAW OFFICES OF STANLEY G. HILTON

7                                      By: _____
8                                          Stanley G. Hilton
                                           Attorneys for Plaintiff
9                                          ANGELA BUTERA

11 DATED: September ___, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                                      By: _____
14                                          Rebecca A. Hull
                                            Michael N. Westheimer
15                                          Attorneys for Defendant
                                            METROPOLITAN LIFE INSURANCE COMPANY

17 DATED: September ___, 2007         HELLER EHRMAN LLP

19                                      By: _____
20                                          Patricia K. Gillette
                                            Attorneys for Defendant
                                            BANK OF AMERICA CORPORATION

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2   respective counsel of record, that the above-captioned action be and hereby is dismissed with
3   prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party
4   shall bear her or its own costs and attorneys' fees.

5   DATED: September ___, 2007       LAW OFFICES OF STANLEY G. HILTON

7                                    By:_____
8                                        Stanley G. Hilton
                                         Attorneys for Plaintiff
9                                        ANGELA BUTERA

11  DATED: September 14, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                                   By:_____
14                                       Rebecca A. Hull
                                         Michael N. Westheimer
15                                       Attorneys for Defendant
                                         METROPOLITAN LIFE INSURANCE COMPANY

17  DATED: September __, 2007         HELLER EHRMAN LLP

19                                   By:_____
20                                       Patricia K. Gillette
                                         Attorneys for Defendant
21                                       BANK OF AMERICA CORPORATION

SF/1381754v1

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

DATED: September ___, 2007     LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiff
ANGELA BUTERA

DATED: September ___, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

DATED: September 14, 2007     HELLER EHRMAN LLP

By: /s/ Patricia K. Gillette
Patricia K. Gillette
Attorneys for Defendant
BANK OF AMERICA CORPORATION